WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
ROBIN A. WOFFORD (137919)
JENNIFER ARNOLD (253065)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: jarnold@wilsonturnerkosmo.com
Attorneys for Defendant
THE KROGER COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BROOKS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>THE KROGER CO.,<br><br>            Defendant. | Case No. 3:19-cv-00106-AJB-MDD<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(Fed. R. Civ. P. 12(b))**<br><br>Complaint Filed: January 15, 2019<br><br>Date: June 20, 2019<br>Time: 2:00 p.m.<br><br>District Judge: Anthony J. Battaglia<br>Courtroom: 4A<br><br>Magistrate Judge: Mitchell D. Dembin<br>Courtroom: 11th Floor Suite 1180<br><br>Trial Date: Not Set<br><br>**JURY TRIAL DEMANDED** |

-1-   Case No. 3:19-cv-00106-AJB-MDD
NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 20, 2019, at 2:00 p.m. in Courtroom 4A of the United States District Court, Southern District of California located at 333 West Broadway, San Diego, California, 92101, Defendant THE KROGER COMPANY ("Defendant") will and hereby does move the Court pursuant to Federal Rules of Civil Procedure 12(b)(6), for an ordering dismissing Plaintiff's Class Action Complaint without leave to amend and with prejudice.

This motion is made on the grounds that the Complaint fails to allege sufficient facts to support a plausible TCPA claim, because documents that it relies on to form the basis of the TCPA claims establish that the alleged calls were made to recall (not sell) potentially unsafe beef, such that the conduct falls outside the "advertisement" and "solicitation" conduct prohibited by the TCPA, and because the TCPA's emergency exception bars liability.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, filed herewith; the accompanying Declaration of Jennifer Arnold filed herewith; the accompanying Request for Judicial Notice filed herewith; all pleadings on file or deemed to be on file at the time of the hearing on this Motion; and such further evidence and argument as the Court may permit or require at or prior to the time of the hearing on this Motion.

Dated: March 21, 2019    **WILSON TURNER KOSMO LLP**

By:  */s/Frederick W. Kosmo, Jr.*
FREDERICK W. KOSMO, JR.
ROBIN A. WOFFORD
JENNIFER ARNOLD
Attorneys for Defendant
THE KROGER COMPANY

-2-    Case No. 3:19-cv-00106-AJB-MDD
NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S COMPLAINT