

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick Brooks, on behalf of himself and all others similarly situated | Civil Action No. 19-cv-00106-AJB-MDD |
| **Plaintiff,** | |
| V. | |
| The Kroger Co. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss without leave to amend.

Date:  8/12/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Mueller
J. Mueller, Deputy